Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–33915–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Charles J. Schlam
20 Hidden Harbor Dr
Point Pleasant Beach, NJ 08742–4839

Danielle Jamarino
20 Hidden Harbor Dr
Point Pleasant Beach, NJ 08742–4839

Social Security No.:
xxx–xx–6720

xxx–xx–3102

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/15/2016 and a confirmation hearing on such Plan has been scheduled for 3/1/2017.

The debtor filed a Modified Plan on 02/26/2017 and a confirmation hearing on the Modified Plan is scheduled for 4/5/2017@10:00 A.M.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: February 27, 2017
JAN: vpm

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                    Case No. 16-33915-CMG
Charles J. Schlam                                         Chapter 13
Danielle Jamarino
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin              Page 1 of 2           Date Rcvd: Feb 27, 2017
                               Form ID: 186             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.
db/jdb         Charles J. Schlam,   Danielle Jamarino,   20 Hidden Harbor Dr,
                 Point Pleasant Beach, NJ 08742-4839
516551217      Amex,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
516551219     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bankamerica,   PO Box 982238,   El Paso, TX 79998-2238)
516551218      Bank of America NA,   PO Box 25118,   Tampa, FL 33622-5118
516551222     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank USA N,   15000 Capital One Dr,
                 Richmond, VA 23238-1119)
516551221      Cap1/bstby,   PO Box 6497,   Sioux Falls, SD 57117-6497
516661599      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
516551223      Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
516551224      Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
516551226     +East River Medical Imaging,   519 E 72nd St Ste 103,   New York, NY 10021-4094
516551227      Hyundai Capital Americ,   4000 Macarthur Blvd Ste,   Newport Beach, CA 92660-2558
516551229      N J U S Attorney,   Peter Rodino Fed Bld,   970 Broad St Ste 700,   Newark, NJ 07102-2534
516551230      Navy Federal Cr Union,   PO Box 3700,   Merrifield, VA 22119-3700
516551234      United Teletech Fin Fc,   205 Hance Ave,   Tinton Falls, NJ 07724-2764
516551235      Upstart Netw,   PO Box 61203,   Palo Alto, CA 94306-6203
516551236      Usaa Savings Bank,   PO Box 47504,   San Antonio, TX 78265-7504
516551237      Usaa Savings Bank,   10750 McDermott Fwy,   San Antonio, TX 78288-0002
516551238      Usaa Svg Bk,   PO Box 47504,   San Antonio, TX 78265-7504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2017 23:12:25      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2017 23:12:22      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr            +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Feb 27 2017 23:13:04
                 Hyundai Capital America,   P.O. Box 20829,   Fountain Valley, CA 92728-0829
516559819      E-mail/Text: mrdiscen@discover.com Feb 27 2017 23:11:45      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
516551225      E-mail/Text: mrdiscen@discover.com Feb 27 2017 23:11:45      Discover Fin Svcs LLC,
                 PO Box 15316,   Wilmington, DE 19850-5316
516551228      E-mail/Text: cio.bncmail@irs.gov Feb 27 2017 23:12:08      Internal Revenue Service,
                 Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
516591419     +E-mail/Text: ext_ebn_inbox@navyfederal.org Feb 27 2017 23:13:18      Navy Federal Credit Union,
                 P.O. Box 3000,   Merrifield, VA 22119-3000
516551231      E-mail/Text: bankruptcyteam@quickenloans.com Feb 27 2017 23:12:39      Quicken Loans,
                 1050 Woodward Ave,   Detroit, MI 48226-1906
516638529     +E-mail/Text: bankruptcyteam@quickenloans.com Feb 27 2017 23:12:39      Quicken Loans Inc.,
                 635 Woodward Avenue,   Detroit, MI 48226-3408
516551232      E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2017 23:05:28      Syncb/Care Credit,
                 950 Forrer Blvd,   Kettering, OH 45420-1469
516551233      E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2017 23:05:04      Syncb/mens Wearhouse,
                 PO Box 965005,   Orlando, FL 32896-5005
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516551220*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bk of Amer,   PO Box 982238,   El Paso, TX 79998-2238)
516591420*    +Navy Federal Credit Union,   P.O. Box 3000,   Merrifield, VA 22119-3000
                                                                          TOTALS: 0, * 2, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-3            User: admin             Page 2 of 2             Date Rcvd: Feb 27, 2017
                                Form ID: 186            Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Hyundai Capital America
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Timothy P. Neumann    on behalf of Joint Debtor Danielle   Jamarino timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
              Timothy P. Neumann    on behalf of Debtor Charles J. Schlam timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```