UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: _Charles J. Schlam_ and
_Danielle Jamarino_

Case No.: _____

Judge: _____

Chapter:                13

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Charles J Schlam_____, debtor in the above captioned case request the
Court issue a discharge on my behalf. As such I hereby certify as follows:

1.      All payments required to be made by me to the standing trustee under my plan have been made and are
paid in full.

2.      ❑      I am not required to pay domestic support obligations, or

☑      I am required to pay domestic support obligations, and have paid all amounts payable under court
order or statute that were due on or before the date of this certification, or

❑      I am required to pay domestic support obligations, but have not paid all amounts due pursuant to
court order or statute as of the date of this certification.

3.      My current address is:  _39 Gimbel Place, Ocean, NJ 07712_
_____
_____ .

4.      The name and address of my current employer is (enter NONE if not currently employed):
_Acura of Ocean, 909 Rt 35, Ocean, NJ 07712_
_____
_____ .

I certify under penalty of perjury that the foregoing is true and correct.

Date: _11/18/2021_____          _____
                                                 Debtor's Signature

**NOTE: Each debtor in a joint case must file separate Certifications in Support of Discharge.**

*Rev. 1/1/08*