| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor USAA Federal Savings Bank | |
| In Re:<br>Charles J. Schlam<br>&<br>Danielle Jamarino<br>Debtor, | Case No.: 16-33915-CMG<br><br>Adversary No.: _____<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     USAA Federal Savings Bank
(Example: John Smith, creditor)

       Old address:    USAA Federal Savings Bank
                               C/O Weinstein & Riley, PS
                               2001 Western Ave, Suite 400
                               Seattle, WA 98121

       New address:   (Notices) USAA Federal Savings Bank
                               c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                               10700 Abbott's Bridge Road, Suite 170
                               Duluth, GA  30097
                               Phone: 470-321-7112

                               (Payments) Credit Card Payment Processing - USAA Federal Saving Bank
                               c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                               PO Box 272410
                               Boca Raton, FL  33427
                               Phone: 561-241-6901

       New phone no.:
       (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   11/29/2021                         /s/ Harold Kaplan
                                                       Signature

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 1, 2021, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Charles J. Schlam
20 Hidden Harbor Dr
Point Pleasant Beach, NJ 08742-4839

Danielle Jamarino
20 Hidden Harbor Dr
Point Pleasant Beach, NJ 08742-4839

And via electronic mail to:

Timothy P. Neumann
Broege, Neumann, Fischer & Shaver
25 Abe Voorhees Drive
Manasquan, NJ 08736

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Ranesha Straker

*rev.2/1/16*