**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Charles J. Schlam | Social Security number or ITIN xxx–xx–6720 |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Danielle Jamarino | Social Security number or ITIN xxx–xx–3102 |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    16–33915–CMG

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles J. Schlam             Danielle Jamarino

<u>4/25/22</u>                **By the court:** <u>Christine M. Gravelle</u>
                                        United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-33915-CMG |
| Charles J. Schlam | Chapter 13 |
| Danielle Jamarino | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 25, 2022 | Form ID: 3180W | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles J. Schlam, 39 Gimbel Place, Ocean, NJ 07712-2564 |
| jdb | | Danielle Jamarino, 20 Hidden Harbor Dr, Point Pleasant Beach, NJ 08742-4839 |
| cr | + | United Teletech Financial Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 516551221 | | Cap1/bstby, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516551226 | + | East River Medical Imaging, 519 E 72nd St Ste 103, New York, NY 10021-4094 |
| 516551229 | | N J U S Attorney, Peter Rodino Fed Bld, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 516776248 | + | Upstart Loan Operations, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 516551235 | | Upstart Netw, PO Box 61203, Palo Alto, CA 94306-6203 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 25 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 25 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: HY11.COM | Apr 26 2022 00:43:00 | Hyundai Capital America, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| 516704248 | | Email/PDF: bncnotices@becket-lee.com | Apr 26 2022 13:17:29 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516762683 | | EDI: AIS.COM | Apr 26 2022 00:43:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516551217 | | Email/PDF: bncnotices@becket-lee.com | Apr 26 2022 13:17:31 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516551218 | | EDI: BANKAMER2.COM | Apr 26 2022 00:43:00 | Bank of America NA, PO Box 25118, Tampa, FL 33622-5118 |
| 516742519 | + | EDI: BANKAMER2.COM | Apr 26 2022 00:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516551219 | | EDI: BANKAMER.COM | Apr 26 2022 00:38:00 | Bankamerica, PO Box 982238, El Paso, TX 79998-2238 |
| 516551220 | | EDI: BANKAMER.COM | Apr 26 2022 00:38:00 | Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 516551222 | | EDI: CAPITALONE.COM | Apr 26 2022 00:43:00 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 516661599 | | EDI: CAPITALONE.COM | Apr 26 2022 00:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516754841 | + | Email/Text: bankruptcy@cavps.com | | |

Case 16-33915-CMG    Doc 49    Filed 04/27/22    Entered 04/28/22 00:13:28    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 25, 2022 | Form ID: 3180W | Total Noticed: 44 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 25 2022 20:44:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516551224 | | EDI: CITICORP.COM | Apr 26 2022 00:43:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516559819 | | EDI: DISCOVER.COM | Apr 26 2022 00:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516551225 | | EDI: DISCOVER.COM | Apr 26 2022 00:43:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 516551227 | + | EDI: HY11.COM | Apr 26 2022 00:43:00 | Hyundai Capital Americ, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2516 |
| 517291011 | + | EDI: HY11.COM | Apr 26 2022 00:43:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 516551228 | | EDI: IRS.COM | Apr 26 2022 00:43:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516551223 | | EDI: JPMORGANCHASE | Apr 26 2022 00:43:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 516739244 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2022 20:48:01 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516730654 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2022 20:44:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516551230 | | EDI: NFCU.COM | Apr 26 2022 00:43:00 | Navy Federal Cr Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 516591419 | + | EDI: NFCU.COM | Apr 26 2022 00:43:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 516808364 | | EDI: PRA.COM | Apr 26 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516807405 | | EDI: PRA.COM | Apr 26 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516551231 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 25 2022 20:44:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 516638529 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 25 2022 20:44:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 516551232 | | EDI: RMSC.COM | Apr 26 2022 00:38:00 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 516551233 | | EDI: RMSC.COM | Apr 26 2022 00:38:00 | Syncb/mens Wearhouse, PO Box 965005, Orlando, FL 32896-5005 |
| 516551234 | | Email/Text: opsdept@utcu.org | Apr 25 2022 20:43:00 | United Teletech Fin Fc, 205 Hance Ave, Tinton Falls, NJ 07724-2764 |
| 516775022 | + | Email/Text: RASEBN@raslg.com | Apr 25 2022 20:43:00 | USAA Savings Bank, C O Robertson Anschutz, 10700 Abbotts Bridge Ste 170, Duluth, GA 30097-8461 |
| 516793109 | | Email/Text: laura@redbanklaw.com | Apr 25 2022 20:43:00 | United Teletech Financial Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 516776248 | + | EDI: LCIUPSTART | Apr 26 2022 00:43:00 | Upstart Loan Operations, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 516551235 | | EDI: LCIUPSTART | Apr 26 2022 00:43:00 | Upstart Netw, PO Box 61203, Palo Alto, CA 94306-6203 |
| 516551236 | | EDI: USAA.COM | Apr 26 2022 00:38:00 | Usaa Savings Bank, PO Box 47504, San Antonio, TX 78265-7504 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 25, 2022 | Form ID: 3180W | Total Noticed: 44 |

| 516551237 | + Email/Text: RASEBN@raslg.com | Apr 25 2022 20:43:00 | Usaa Savings Bank, Robertson Anschutz, 10700 Abbotts Bridge Rd, Ste 170, Duluth, GA 30097-8461 |
|---|---|---|---|
| 516551238 | EDI: USAA.COM | Apr 26 2022 00:38:00 | Usaa Svg Bk, PO Box 47504, San Antonio, TX 78265-7504 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516591420 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor QUICKEN LOANS INC. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor USAA FEDERAL SAVINGS BANK hkaplan@rasnj.com informationathnk@aol.com |
| John R. Morton, Jr. | on behalf of Creditor Hyundai Capital America ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Michael R. DuPont | on behalf of Creditor United Teletech Financial Federal Credit Union dupont@redbanklaw.com dana@redbanklaw.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| Timothy P. Neumann | on behalf of Joint Debtor Danielle Jamarino timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com |
| Timothy P. Neumann | on behalf of Debtor Charles J. Schlam timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Apr 25, 2022 Form ID: 3180W Total Noticed: 44
TOTAL: 10