Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16−33915−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Charles J. Schlam                                    Danielle Jamarino
   39 Gimbel Place                                     20 Hidden Harbor Dr
   Ocean, NJ 07712                                 Point Pleasant Beach, NJ 08742−4839

Social Security No.:
   xxx−xx−6720                                           xxx−xx−3102

Employer's Tax I.D. No.:

---

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>May 26, 2022</u>                  <u>Christine M. Gravelle</u>
                                         Judge, United States Bankruptcy Court